425x50 LLC v Residential Bd. of Mgrs. of Stella Tower Condominium (2026 NY Slip Op 50043(U))

[*1]

425x50 LLC v Residential Bd. of Mgrs. of Stella Tower Condominium

2026 NY Slip Op 50043(U)

Decided on January 20, 2026

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on January 20, 2026
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: James, P.J., Tisch, Perez, JJ.

571462/25

425x50 LLC, Plaintiff-Appellant, 
againstResidential Board of Managers of Stella Tower Condominium, Defendant-Respondent.

Plaintiff appeals from a judgment of the Commercial Claims Part of the Civil Court of the City of New York, New York County (Anna R. Lewis, J.), entered on or about March 6, 2025, after trial, in favor of defendant dismissing the action.

Per Curiam.
Judgment (Anna R. Lewis, J.), entered on or about March 6, 2025, affirmed, without costs.
The record establishes that the trial court applied the appropriate rules and principles of substantive law and accomplished substantial justice in dismissing this commercial claim (see CCA 1808-A, 1807-A; see also Williams v Roper, 269 AD2d 125 [2000], lv dismissed 95 NY2d 898 [2000]). Plaintiff failed to present any competent evidence to support its claim that the HVAC work performed in its condominium unit, for which it was charged by defendant Board of Managers, was defective or incomplete (see Robin v NY Excellent Improvements Inc., 86 Misc 3d 126[A], 2025 NY Slip Op 50819[U] [App Term, 1st Dept 2025]; Cruz v Beechwood RB LLC, 11 Misc 3d 126[A], 2006 NY Slip Op 50183[U] [App Term, 1st Dept 2006]).
We note that the misstatement in the court's decision regarding defendant's testimony did not undermine the court's otherwise proper resolution of this matter (see generally Pordy v Scot Serv. Co., 15 AD2d 911 [1962]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concurDecision Date: January 20, 2026